IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Sharon Carol Tserkis, et al.** | : |
| | : |
| **Plaintiffs** | : |
| | : |
| v. | : CIVIL ACTION NO. ELH-19-0202 |
| | : |
| **Baltimore County, Maryland, et al.** | : |
| | : |
| **Defendants** | : |
| | : |

## NOTICE TO STRIKE AND ENTRY OF APPEARANCE

Please strike the appearance of Michael E. Field, County Attorney and enter the appearance of Michael G. Raimondi, Assistant County Attorney for the Defendants in the above-referenced case.

Respectfully submitted,

_____/s/_____
Michael E. Field, County Attorney
Trial Bar No. 29437


_____/s/_____
Michael G. Raimondi,
Assistant County Attorney
Trial Bar No. 05465
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, MD 21204
410-887-4420
410-296-0931
mraimondi@baltimorecountymd.gov
***Attorneys for Defendants***