IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Sharon Carol Tserkis, et al.** | : |
| | : |
| **Plaintiffs** | : |
| | : |
| v. | : **CIVIL ACTION NO. ELH-19-0202** |
| | : |
| **Baltimore County, Maryland, et al.** | : |
| | : |
| **Defendants** | : |
| | : |

## NOTICE TO STRIKE APPEARANCE

Please strike the appearance of Paul M. Mayhew, Assistant County Attorney for the Defendants in the above-referenced case.

                          Respectfully submitted,

                          /s/
                          Paul M. Mayhew Assistant County Attorney
                          Trial Bar No. 22210
                          Baltimore County Office of Law
                          400 Washington Avenue, Suite 219
                          Towson, MD 21204
                          410-887-4420
                          410-296-0931

                          Attorneys for Defendants