**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

August 5, 2021

MEMORANDUM TO COUNSEL

    Re:    *Tserkis et al. v. Baltimore County, et al.*,
             Civil Action No. ELH-19-202

Dear Counsel:

As you know, by Memorandum Opinion (ECF 91) and Order (ECF 92) of July 23, 2021, I denied in part defendants' motion for summary judgment. By **August 26, 2021**, counsel are directed to file a status report, joint if possible, addressing:

(1) Whether you believe it would be helpful to refer this case to a Magistrate Judge of this court for a settlement conference;

(2) The anticipated length of trial;

(3) Whether you will consent to a trial conducted by a Magistrate Judge;

(4) And any other matter which you believe should be brought to the Court's attention.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge