# RAVENELL LAW

711 Saint Paul St.
Baltimore, MD 21202
Phone: 410.878.0705
Fax: 410.834.5488

August 26, 2021

The Honorable Judge Ellen Lipton Hollander
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Sharon Tserkis, et al. v. Baltimore County, Maryland, et al.*
                Civil No. 1:19-cv-00202-ELH
                U.S. District Court for the Dist. of Maryland

Dear Judge Hollander:

      Pursuant to the Court's August 5, 2021 Order, the parties submit the following joint status report:

1. **Referral to a Magistrate Judge for a settlement conference:**
Plaintiffs agree to a referral to a Magistrate Judge for a settlement conference. Defendants do not believe it would be helpful at this time.

2. **Anticipated Length of trial**:
Plaintiffs anticipate that the trial will be 5-7 days while Defendant anticipate a trial of 7-10 days.

3. **Referral to a Magistrate Judge for trial:**
Neither Party consents to a referral to a Magistrate Judge.

4. **Any other matters**:
Defendants filed a Notice of Appeal of the Court's Order on the Motion for Summary Judgment (ECF Nos. 91; 92), which has been docketed by the Fourth Circuit as USCA Case No. 21-1928.
      Plaintiffs filed a motion seeking Expedited Briefing and Argument. Defendants' response to Plaintiffs' motion is due on or before September 1, 2021.

Respectfully submitted,

/s/
Kenneth W. Ravenell
*Counsel for Plaintiffs*

/s/

Alexa E. Ackerman, Assistant County Attorney
*Counsel for Defendants*